

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-22-00073-CV

**IN THE INTEREST OF A.S.R.,** A Child,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02528
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. Tex. R. Jud. Admin. 6.2. The notice of appeal was filed on February 2, 2022, and the reporter's record was originally due on February 14, 2022.

Texas Rule of Appellate Procedure 35.1 requires the appellate record in an accelerated appeal to be filed within ten days after the notice of appeal is filed. Tex. R. App. P. 35.1(b). Rule 35.3(c) permits an appellate court to extend the deadline to file the record but limits each extension to ten days in an accelerated appeal. Tex. R. App. P. 35.3(c). Further, with regard to parental termination appeals, Rule 28.4(b)(2) states that while an appellate court may extend the deadline to file the record, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." Tex. R. App. P. 28.4(b)(2).

Ms. Elva Chapa is the court reporter responsible for filing the record in this appeal. We ORDER Ms. Chapa to file the record **no later than February 24, 2022**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court